UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                             :

BCIF HOLDINGS I, LLC,                     :

                        Plaintiff,     :

                                             :           23-CV-5255 (VSB)

                -against-                :

                                             :              **<u>ORDER</u>**

JOSEPH OSHRY,                            :

                                        Defendant.   :
------------------------------------------------------------X

<u>VERNON S. BRODERICK, United States District Judge</u>:

       In light of the pending motions to dismiss and for summary judgment, the post-discovery conference scheduled for June 11, 2024 at 3:00 p.m. is hereby adjourned *sine die*.

SO ORDERED.

Dated:    June 10, 2024
             New York, New York

                                                                    _____
                                                                    Vernon S. Broderick
                                                                    United States District Judge