**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------X

BCIF HOLDINGS I, LLC,

Plaintiff,

-against-

23 **CIVIL** 5255 (VSB)

# JUDGMENT

JOSEPH OSHRY,

Defendant.

-------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated August 24, 2026, Defendant's motion to dismiss is DENIED. Plaintiff's motion for summary judgment is GRANTED; accordingly, the case is closed.

**Dated:** New York, New York

August 25, 2026

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:** K. Mango

**Deputy Clerk**